TESSIE KOROPJECK, Respondent, *v.* HENRY C. BOHACK, Appellant.

*Koropjeck* v. *Bohack,* 160 App. Div. 924, affirmed.
(Argued December 8, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff sued herein as the assignee of one Leon Geisman upon a claim of said Geisman for broker's commissions earned under an alleged special agreement between said Geisman and the defendant, whereby the defendant promised to pay said Geisman one per cent of the purchase price of the property known as Nos. 1281–1287 Broadway, Brooklyn, if said

Geisman should succeed in persuading the owner, the Realty Associates, to sell said property to the defendant at a price satisfactory to the latter.

*Marshall McLean* and *H. W. Hayward* for appellant.

*Louis Salant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ. Dissenting: HISCOCK, J.